USCA1 Opinion

 

 June 10, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2090 BENITO GUTIERREZ-DIAZ, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Boudin and Stahl, Circuit Judges. ______________ ____________________ Benito Gutierrez-Diaz on brief pro se. _____________________ Guillermo Gil, United States Attorney, and Fidel A. Sevillano Del _____________ _______________________ Rio, Assistant United States Attorney, on brief for appellee. ___ ____________________ ____________________ Per Curiam. After carefully reviewing the record __________ and the briefs of the parties, we affirm the judgment of the district court for essentially the reasons stated in its careful and well-reasoned Opinion and Order, dated August 11, 1993. We only add that, upon the facts alleged by appellant, the court did not err in failing to hold a hearing. See ___ Shraiar v. United States, 736 F.2d 817, 818 (1st Cir. 1984) _______ _____________ (per curiam). Affirmed. ________ -2-